IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDRICK ANDREW MORRIS,

    Plaintiff,

v.

JASON T. ZEIMER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-625-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jason T. Zeimer in accordance with the jury's verdict.

Approved as to form this 16TH day of October, 2018.

_____
James D. Peterson
District Judge

/s/ _____
Peter Oppeneer
Clerk of Court

10/16/2018
Date