# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the __western__
District of __Wisconsin*__
File Number __16-cv-625-JDP__

| | |
|---|---|
| Plaintiff ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| Defendant ) | |

Notice is hereby given that [*Plaintiff Fredrick Morris*, *Defendant Jason Zeimer* (here name all parties taking the appeal), (plaintiffs) (defendants) in the above named case,[1]] hereby appeal to the United States Court of Appeals for the __7__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __15__ day of __Oct__, 20__18__.

(s) __Fredrick A Morris Pro Se__
Attorney for [_____]
[Address: __2833 Riverside drive*__]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

[1] See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for Docketing Statement (attached)

Plaintiff: Fredrich Andrew Morris
— V —                                    Case# 16-CV625
Defendant: Jason Zeimer

### Appeal

I am appealing the judgment on case 16-CV-625 for various reasons that you will find here in.

① The ttG painted the picture that because I am a pugilist that even if Zeimer would have ask'd for the pill I would not have given them to him I would have fought. The purpose of a trial is to find out what took place, were my rights violated that is not what took place on 10-15-18 all that the ttG showed the jury is that I am a pugilist, I like to fight she did not by any means prove that Zeimer did not violate my rights.

② my witness got on the stand, said what he saw, I heard on the day of the incident but the jury was swayd by the pugilist thing I am not saying what if I am say the fact that he knew of the risk of harm, disregarded

it I proved through I witness testamony that Zeimer violated my rights

③ The t.t.G also introduced stuff to say I was not suicidal when I said the reason I felt like dying is due to a visit I did not get that day it is know that suicide is unpredictable so the things she presented at trial have no bearings

④ The Defendant said I am self injuries self destructive so even he know I was not playing

⑤ I am not a skill'd litagator I lack experiance I had asked for a lawy many times but I was denied so I was going into a court room battle with no experiance

⑥ I almost kill'd myself, i was brain dead for aprox 3 weeks so I am never in the right state of mind

⑦ I am, i have been in confinement for the last 4 years I am unable to get help from any skill'd litagators so I was

very much so ill prepared.

The Judgment in case 16-CV-625-JDP was unjust. I proved all the elements of a 8Th amendment violation but it was over shadowd by frivolis things that should not have had any bearing in the case.

I ask the court of appeals to overturn the decision. I have layd out what the grounds of this appeal i,i it proves my claim was proven by evidence.

11-7-18
Fredrick Andrew morris
G\*B\*C\*I
2833 Riverside Drive
Po Box 19033
Green Bay wis 54307